UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81114-CV-Middlebrooks

**NELSON FERNANDEZ**,

     Plaintiff,

vs.

**OPAL COLLECTION, INC.,**
**a Florida for-profit corporation,**

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff NELSON FERNANDEZ and Defendant OPAL COLLECTION, INC., through their respective undersigned counsel, pursuant to Local Rule 16.4, hereby provide notice that the parties have reached a settlement and are in the process of reducing the settlement to a written agreement and to filing the necessary dismissal document.  The parties request that they be given twenty (20) days to finalize their settlement agreement and to file the appropriate dismissal document.

     Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 8751 W. Broward Blvd., Suite 303 | Co-Counsel for Plaintiff |
| Plantation, FL 33324 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email:duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*_____ | By ___*s/  Pelayo  M.  Duran*_____ |
|    RODERICK V. HANNAH |    PELAYO M. DURAN |
|    Fla. Bar No. 435384 |    Fla. Bar No. 0146595 |

**ROBERT ALLEN LAW**
Counsel for Defendant
249 Royal Palm Way
Suite 301
Palm Beach, Florida 33480
T. 561/510-9602
Email: nzeher@robertallenlaw.com


By __s/ *Nicholas J. Zeher*_____
        NICHOLAS J. ZEHER
        Fla. Bar No. 1003565